GENOVA & MALIN
Attorneys for the Debtor
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
Thomas Genova, Esq. (TG4706)
Andrea B. Malin, Esq. (AM4424)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
-------------------------------------------------------X
IN RE:
                                                             **CHAPTER 13**
PATRICIO O. CORTES,                        **CASE NO. 15-36466(CGM)**

                    Debtor.
-------------------------------------------------------X

## ORDER TO SHOW CAUSE

**ORDERED,** that, through its vice president, manager, or like officer, LSF9 MASTER PARTICIPATION TRUST ("LSF9") the owner/holder or investor of the Note and Mortgage secured by the debtor's residence, show cause before the Honorable Cecelia G. Morris, U. S. Bankruptcy Judge, at the U.S. Bankruptcy Court, 355 Main Street, Poughkeepsie, New York on the 13th day of September, 2016 at 12:00 p.m. o'clock on the afternoon of that day or as soon thereafter as counsel can be heard in accordance with the Court's Loss Mitigation Order entered on September 16, 2015, for the purpose of conducting a Loss Mitigation Conference and demonstrating to the Court why NATIONSTAR MORTGAGE, LLC ("NATIONSTAR") has transferred the servicing of the debtor's mortgage during the pending Loss Mitigation procedure to CALIBER HOME LOANS ("CALIBER"); why same has not been returned to NATIONSTAR; why no formal decision has been issued to the debtor regarding his Loss Mitigation Application; to provide the reasons why and analysis applied resulting in the alleged denial of a loan modification to the debtor; and it is further

**ORDERED**, that the debtor's counsel shall serve this Order by regular mail service upon NATIONSTAR, counsel for NATIONSTAR, CALIBER, LSF9, and JEFFREY L. SAPIR at the following addresses:

| | |
|---|---|
| Nationstar Mortgage, LLC<br>Corporate Headquarters<br>8950 Cypress Waters Boulevard<br>Dallas, TX 75019<br>Attn: President | Caliber Home Loans<br>Corporate Headquarters<br>13801 Wireless Way<br>Oklahoma City, OK 73134<br>Attn: President |
| Davidson Fink, LLC<br>Attnys for Nationstar<br>28 East Main Street, Suite 1700<br>Rochester, NY 14614<br>Attn: Scott A. Sydelnik, Esq.<br>Attn: Miranda L. Sharlette, Esq. | Jeffrey L. Sapir, Chapter 13 Trustee<br>399 Knollwood Road, Suite 102<br>White Plains, NY 10603<br><br>LSF9 Master Participation Trust<br>c/o U.S. Bank Trust, NA, as Registered Agent<br>300 Delaware Avenue, 9th Floor |
| Fein Such & Crane, LLP<br>Attnys for Nationstar<br>1400 Old Country Road, Suite C103<br>Westbury, NY 11590<br>Attn: Tammy Terrell-Benoza, Esq. | Wilmington, DE 19801<br>Attn: President |

no later than FIVE (5) days after the entry of this Order, shall be deemed good and sufficient.



**Dated: July 21, 2016**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**